UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00287

**Jay Williams et al.,**
*Plaintiffs,*

v.

**First Choice Loan Services et al.,**
*Defendants.*

# ORDER

Plaintiffs Jay and Amy Williams, proceeding pro se, initiated this action on May 11, 2023. Doc. 1. The case was referred to United States Magistrate Judge John D. Love, who issued a report and recommendation recommending that the case be dismissed for lack of subject-matter jurisdiction. Doc. 13. Plaintiffs acknowledged receipt on January 2, 2024. Doc. 14. No objections to the report and recommendation have been filed and the timeframe for doing so has passed.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Accordingly, the report and recommendation (Doc. 13) is accepted, and plaintiffs' claims are dismissed without prejudice for lack of subject matter jurisdiction.

*So ordered by the court on February 6, 2024.*

J. CAMPBELL BARKER
United States District Judge