UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00287

**Jay Williams et al.,**
*Plaintiffs,*

v.

**First Choice Loan Services et al.,**
*Defendants.*

# FINAL JUDGMENT

The court, having rendered its decision by separate order, hereby enters judgment that plaintiffs' claims are dismissed without prejudice for lack of subject matter jurisdiction. All pending motions are denied as moot. The clerk of court is directed to close the case.

*So ordered by the court on February 6, 2024.*

J. CAMPBELL BARKER
United States District Judge